September 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JANICE TAYLOR, Appellant,

NO. 14-11-00769-CV                              V.

KUBALA PUBLIC ADJUSTERS, INC., D/B/A KUBALA AND COMPANY
ADJUSTERS, Appellee.

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 3, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Janice Taylor.

We further order this decision certified below for observance.